Form definmgt

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   09–32930 RAG     Chapter:   7

Barbara Ann Weddle
Debtor(s)

## NOTICE OF REQUIREMENT TO FILE A
## STATEMENT OF COMPLETION OF COURSE IN
## PERSONAL FINANCIAL MANAGEMENT
## (Official Form 23)

   Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in Personal Financial Management and file the Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) by **2/5/10**.

   The Personal Financial Management Certificate (Official Form 23) is a statement by an individual debtor or joint debtors certifying that they have completed an instructional course in personal financial management from an approved personal financial management provider. It is required to be filed pursuant to Federal Rules of Bankruptcy Procedures, Rule 1007(b)(7). The Financial Management Course is obtained after the bankruptcy petition is filed.

   If the debtor(s) does not file the Personal Financial Management Certificate (Official Form 23) by the due date stated on this notice, **the case will be closed without a discharge**. The debtor(s) will have to file a motion to reopen the case to allow for the filing of the certificate of completion of a course in Personal Financial Management. The debtor(s) must pay the full filing fee of **$260.00** for filing such a motion.

   Information on the Personal Financial Management Course can be found on the U.S. Trustee Program web site:
http://www.usdoj.gov/ust/eo/bapcpa/ccde/de_approved.htm

   Please note, the Personal Financial Management Course Certificate should not be confused with the Certificate of Credit Counseling which should be filed with the petition. The Personal Financial Management Course Certification (Official Form 23) is a separate filing requirement.

Dated: 11/25/09

                                        Mark D. Sammons, Clerk of Court
                                        by Deputy Clerk, S Hunt410–962–4271

# CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: shunt              Page 1 of 1              Date Rcvd: Nov 25, 2009
Case: 09-32930                Form ID: definmgt        Total Noticed: 1

The following entities were noticed by first class mail on Nov 27, 2009.
db            +Barbara Ann Weddle,    5602 Anthony Ave.,    Baltimore, MD 21206-3603

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 27, 2009**                    **Signature:**   _Joseph Speetjens_